UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND et al.,

                            Petitioners,

-against-

COLE PARTNERS, INC.,

                            Respondent.
------------------------------------- x

ORDER

21 Civ. 826 (GBD)

GEORGE B. DANIELS, United States District Judge:

Petitioners' request for leave to file a motion for confirmation and enforcement of the arbitration award by May 13, 2021, (ECF No. 8), is GRANTED. Petitioners shall serve their motion and any accompanying papers on Respondent at the Office of the Secretary of State and mail a copy of their motion and any accompanying papers to the Respondent's office or mailing address.

The initial conference scheduled to occur on April 27, 2021 at 9:30 a.m. is hereby cancelled.

Dated: New York, New York
       April 21, 2021

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge