UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND, and Anna
Gutsin, in her fiduciary capacity as Director,

    and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,
Petitioners,

-against-

COLE PARTNERS, INC.,

Respondent.
------------------------------------------------------------ x

Civil Action
No. 21-00826(GBD)

ECF CASE

**JUDGMENT**

The Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Robert Bonanza, as the Business Manager of the Mason Tenders District Council of Greater New York (hereinafter "Petitioners") having commenced this action on January 29, 2021 by the filing of a petition with this court seeking to confirm and enforce a February 7, 2020 Arbitration Award of Arbitrator Joseph Harris ordering Respondent COLE PARTNERS, INC. (hereinafter "Respondent") to pay Petitioners $58,874.16 in delinquent fringe benefit contributions, dues and PAC contributions, interest on delinquent principal, audit costs, liquidated damages, legal and arbitration costs and current interest for the periods August 27, 2013 through September 28, 2015 and September 29, 2015 through February 25, 2019; and Respondent having been duly served on February 2, 2021 with a copy of the Summons and Petition; and proof of such service having been filed with the Court on February 24, 2021; and Respondent having failed to appear, answer or otherwise move with

respect to the petition; and in light of the fact that the Court is being asked to confirm and enforce the Award; it is now

**ORDERED, ADJUDGED AND DECREED**, that there is no material issue of fact for trial, and the Arbitration Award of Joseph Harris dated February 7, 2020, is hereby confirmed in all respects; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Petitioners the Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Robert Bonanza, as the Business Manager of the Mason Tenders District Council of Greater New York have judgment against COLE PARTNERS, INC. in the amount of $58,874.16; and it is further

**ORDERED, ADJUDGED AND DECREED**, that interest accrue at the legal rate on the total judgment amount herein from the date of entry of judgment until the judgment is paid.

Dated: **FEB 1 6 2023**
New York, NY

_____
GEORGE B. DANIELS, U.S.D.J.