UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
 :
TRUSTEES FOR THE MASON TENDERS :
DISTRICT COUNCIL WELFARE FUND, :
PENSION FUND, ANNUITY FUND, AND :
TRAINING PROGRAM FUND, ANNA GUTSIN, :
and ROBERT BONANZA, : ORDER
 :
                 Petitioners, : 21 Civ. 826 (GBD)
  -against- :
 :
COLE PARTNERS, INC., :
 :
                 Respondent. :
------------------------------------- x

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is directed to close the above-captioned case.

Dated: February 21, 2023
      New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE